UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| BOBBY J. SPENCER<br>and DIANE W. SPENCER,<br><br>      Plaintiffs,<br><br>v.<br><br>MILLSAP AND SINGER, LLC,<br><br>      Defendant. | Case No. 20-2475-DDC |

## **ORDER**

  Plaintiffs, proceeding pro se, filed this action against the Millsap and Singer, LLC law firm on September 25, 2020.[1] They served a copy of the complaint and summons via certified mail on September 28, 2020.[2] Unfortunately, the summons was addressed to "Millsap and Singer, P.C.," which is a separate legal entity from the LLC named in this lawsuit.[3] The LLC as defendant and the P.C. as an interested third-party have filed a motion to quash the service of summons (ECF No. 5). Plaintiffs acknowledge they "erred in their summons preparation."[4] Accordingly, the motion is granted. However, plaintiffs

---

[1] ECF No. 1.

[2] ECF No. 3.

[3] ECF No. 5-1 at 1.

[4] ECF No. 8 at 1. Plaintiffs allege, however, that summons was served at the address of the LLC and signed for by an agent of the LLC. *See* ECF No. 3 and ECF No. 6 at 2.

1

are given leave to correctly serve defendant, in accordance with the dictates of Fed. R. Civ. P. 4, by no later than **December 9, 2020**, and to file proof of such service by **December 23, 2020**.

IT IS SO ORDERED.

Dated November 25, 2020, at Kansas City, Kansas.

   s/ James P. O'Hara
James P. O'Hara
U.S. Magistrate Judge